# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAHTIANA JADE BROWN,<br><br>Plaintiff,<br><br>v.<br><br>LUCIDWORKS INC., et al.,<br><br>Defendants. | No. 2:25-cv-0628-DC-CKD (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION AS DUPLICATIVE<br><br>(ECF Nos. 9, 28, 30, 31, 32) |

This matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21). On June 18, 2025, the magistrate judge filed findings and recommendations recommending this action be dismissed because it is duplicative of plaintiff's earlier-filed case: *Brown v. LucidWorks et al.*, 2:25-cv-00607-DC-CKD. (ECF No. 30.) The findings and recommendations contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (*Id.*) Plaintiff filed objections to the findings and recommendations styled as a motion of objection and some of the defendants filed a reply to the objections. (ECF No. 31, 33.)

In her objections, Plaintiff does not meaningfully contest that the claims she brings in this case are duplicative of the claims she brings in *Brown v. LucidWorks et al.*, 2:25-cv-00607-DC-CKD, which remains pending before this court. Rather, Plaintiff reiterates that she does not consent to magistrate judge jurisdiction. (*Id.*) Pursuant to Local Rule 302(c)(21) and 28 U.S.C.

1  § 636(b), assigned magistrate judges perform certain duties "in all actions in which all the

2  plaintiffs or defendants are proceeding *in propria persona*." L.R. 302(c)(21). Those duties include

3  the issuance of findings and recommendations, to which the parties have an opportunity to file

4  objections for consideration by the assigned district judge. L.R. 304. Specifically, as provided by

5  28 U.S.C. § 636(b)(1)(C),

> any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court. A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made. A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge. The judge may also receive further evidence or recommit the matter to the magistrate judge with instructions.

11  In contrast, where a party has consented to magistrate judge jurisdiction, the assigned magistrate

12  judge directly conducts "any and all proceedings" in the civil action—that is, the magistrate judge

13  does not issue findings and recommendations for a district judge to review and make an ultimate

14  determination. For this reason, Plaintiff's objection that she did not consent to magistrate judge

15  jurisdiction is irrelevant and does not provide a basis upon which to reject the pending findings

16  and recommendations.

17  In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

18  court has conducted a review of this case. Having carefully reviewed this matter, the court finds

19  the findings and recommendations to be supported by the record and by proper analysis.

20  Accordingly, IT IS HEREBY ORDERED as follows:

21  1. The findings and recommendations filed June 18, 2025 (ECF No. 30), are adopted in
22     full.
23  2. The motion to dismiss by defendants Lucidworks, Inc., Kyle Hammett, Natalia
24     Pascuzzi, Julianne Kirby, and Mike Sinoway (ECF No. 9) is GRANTED on the
25     ground that the claims against them are duplicative of the claims asserted in an earlier-
26     filed action pending in this court.
27  3. Plaintiff's motion for leave to amend (ECF No. 28) is DENIED.
28  4. This case is DISMISSED as duplicative of *Brown v. Lucidworks, et al.*, No. 2:25-cv-

1 | 00607-DC-CKD.

5. The pending motion to dismiss by defendants Berkeley Technology, Dan Moon, Preferred Employers Insurance (ECF No. 32) is DENIED as moot.

6. Plaintiff's motion of objection (ECF No. 31) is DENIED as moot and the hearing set on that motion for August 15, 2025 is VACATED.

7. The Clerk of the Court is directed to close this case.


IT IS SO ORDERED.

Dated:  **July 21, 2025**  

Dena Coggins
United States District Judge

3